# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JOSIAH BENNETT, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-85 |
| | * | |
| v. | * | |
| | * | |
| WARDEN, CALHOUN STATE PRISON, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 17. Petitioner Josiah Bennett ("Bennett") did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Bennett's 28 U.S.C. § 2254 Petition as second or successive and untimely, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Bennett leave to

AO 72A
(Rev. 8/82)

appeal *in forma pauperis* and a Certificate of Appealability.

**SO ORDERED**, this \_\_15\_\_ day of \_\_April\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA