AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 JUN 15 AM 11: 20
CLERK C. Robinson
SO. DIST. OF GA.

JOSIAH BENNETT,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV218-85

WARDEN, CALHOUN STATE PRISON,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 17th day of April 2020, adopting the Report and Recommendation of the Magistrate Judge, GRANTING Respondent's Motion to Dismiss, DISMISSING Bennett's 28 U.S.C. § 2254 Petition as second or successive and untimely, and DENYING Bennett leave to appeal in forma pauperis and a Certificate of Appealability. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: June 15, 2020

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03